# United States District Court

WESTERN DISTRICT OF WASHINGTON

MELINDA S. PACHECO,

        Plaintiff,                                   JUDGMENT IN A CIVIL CASE

     v.

JO ANNE B. BARNHART,                     CASE NUMBER: C06-5407RBL
Commissioner of Social Security
 Administration,

                  Defendants,

    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

    The Court adopts the Report and Recommendation;

    The ALJ erred as described in the report;

    The matter is therefore REMANDED to the Commissioner
    for further consideration as directed in the report.

    March 12, 2007                                             BRUCE RIFKIN
                                                                             Clerk

                                                                 /s/ Pat LeFrois
                                                                   Deputy Clerk